United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Adolfo I. Rodriguez Garcia, Petitioner, <br><br> v. <br><br> State of Florida, Respondent. | ) <br> ) <br> ) Civil Action No. 19-23755-Civ-Scola <br> ) <br> ) |

### Order Adopting Magistrate's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, pursuant to Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 24, 2020, Judge Reid issued a report, recommending the denial of the petition for writ of habeas corpus and the entry of judgment. (Rep. of Mag. J., ECF No. 10.) Petitioner Adolfo I. Rodriguez Garcia has not filed any objections to the report and the time to do so has passed.

Even though no objections were filed, the Court has nonetheless considered—*de novo*—Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. As found by Judge Reid, Rodriguez Garcia's claims are not cognizable on federal habeas review because they challenge the application of state statutes and sentencing law. *See* 28 U.S.C. § 2254(a); *see also Branan v. Booth*, 861 F.2d 1507, 1508 (11th Cir. 1988) ("[F]ederal courts cannot review a state's alleged failure to adhere to its own sentencing procedures."). Furthermore, in any event, and as found by Judge Reid, Rodriguez Garcia's claims are also without merit.

Accordingly, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 10**). The Court **denies** Rodriguez Garcia's petition (**ECF No. 1**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on April 30, 2020.

_____
Robert N. Scola, Jr.
United States District Judge